UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                                  Chapter 13

Nicholas Sands,                                         Case No. 26-10099-jpm
     Debtor,
                                                        Hearing Date: June 18, 2026

                                                        Hon. John P. Mastando III

--------------------------------------------------------x

FILED
U.S. BANKRUPTCY COURT
2026 JUN 15 P 4: 33
S.D.N.Y.

## **DEBTOR'S MOTION FOR LEAVE TO FILE UNTIMELY OPPOSITION TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The Debtor, Nicholas Sands, appearing pro se, respectfully moves this Court for leave to file the attached Opposition to Movant's Motion for Relief from the Automatic Stay out of time. In support, Debtor states:

1.  The hearing on Movant's Motion for Relief is scheduled for June 18, 2026. Under Local Rules, the opposition deadline passed on June 11, 2026.

2.  Debtor is representing himself pro se and required additional time to review the complex mathematical assertions and legal arguments set forth in Movant's Memorandum of Law.

3.  Filing this response now causes zero prejudice to the Movant, as the hearing is still days away, and the facts relied upon in this opposition are drawn directly from the Movant's own appraisal and loan figures.

4.  Denial of this motion would cause severe and irreparable harm to the Debtor, as the property holds over $530,000 in equity.

**WHEREFORE,** Debtor respectfully requests that the Court permit the filing and consideration of the attached Opposition.

Dated: June 14, 2026
New York, New York                          Respectfully submitted,

Nicholas Sands, Pro Se Debtor
30 East 76th Street, Unit 7B
New York, NY 10021
T. 917-741-5000   E. sandsfineart@gmail.com

TO:

**Movant**
Michael L. Carey, Esq.
Robertson, Anschutz, Schneid, Crane and Partners, PLLC
Attorney for Secured Creditor
900 Merchants Concourse, Suite 310
Westbury, NY 11590

**Trustee**
Thomas C. Frost
Chapter 13 Standing Trustee
399 Knollwood Rd.
Suite 102
White Plains, NY 10603

**U.S. Trustee**
United States Trustee
Office of the United States Trustee – NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

**Chambers Copy**
John P. Mastando III
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:

Nicholas Sands,
     Debtor,

Chapter 13

Case No. 26-10099-jpm

Hearing Date: June 18, 2026

Hon. John P. Mastando III

-------------------------------------------------------x

## DEBTOR'S OPPOSITION TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**TO:**       **THE HONORABLE JOHN P. MASTANDO III**
                  **UNITED STATES BANKRUPTCY JUDGE**

The Debtor, Nicholas Sands, appearing pro se, respectfully submits this Opposition to the Motion for Relief from the Automatic Stay filed by Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank NA, Successor Trustee to Bank of America, NA, Successor to LaSalle Bank NA, as Trustee, for the WAMU Mortgage Pass-Through Certificates, Series 2005-AR7 (the "Movant").

### I.   PRELIMINARY STATEMENT

1. Movant's Memorandum of Law alleges that it lacks adequate protection because the Debtor "does not have equity" in the subject property located at 30 E 76th Street Unit 7-B, New York, New York 10021 (the "Property"). This statement is demonstrably and factually false. By the Movant's own admissions, valuations, and filings, there is a massive equity cushion of $534,885 protecting the Movant's interest. Because the Movant is completely secured and over-collateralized, the Motion should be denied.

### II.   STATEMENT OF FACTS

2. Movant has submitted an appraisal valuing the subject property at **$1,925,000.**

3. Movant's Motion states that the total pre-petition and post-petition indebtedness as of the motion's filing date is **$1,390,115.**

4. Subtracting the alleged debt ($1,390,115) from the Movant's own valuation ($1,925,000) leaves a total equity cushion of **$534,885.**

5. The property has an equity cushion representing approximately 27.7% of the total property value.

6. The Debtor is actively working to secure third-party funding to pay off the Movant's claim in full.

## III. ARGUMENT

### I. <u>MOVANT IS ADEQUATELY PROTECTED BY A 27% EQUITY CUSHION</u>

7. Movant moves for relief under 11 U.S.C. § 362(d)(1), alleging a lack of "adequate protection." In the Second Circuit and the Southern District of New York, it is well-established law that a significant equity cushion in mortgaged property constitutes adequate protection per se.

8. An equity cushion of 27.7% ($534,885) provides more than enough insulation against any potential economic depreciation or daily interest accrual while the Debtor finalizes payoff financing. Movant faces zero risk of financial loss.

### II. <u>MOVANT'S CLAIM UNDER 11 U.S.C. § 362(d)(2) FAILS AS EQUITY EXISTS</u>

9. Movant implicitly or explicitly claims relief under § 362(d)(2), which requires a showing that the debtor "does not have an equity in such property." Because the value ($1,925,000) far exceeds the debt ($1,390,115), equity clearly exists. Because the Movant cannot satisfy the mandatory first prong of § 362(d)(2), relief under this subsection must be denied.

## IV. CONCLUSION

10. For the reasons stated above, the Debtor respectfully requests that this Court deny the Movant's Motion for Relief from the Automatic Stay, or, alternatively, grant the Debtor a 60-day period to finalize the payoff of the loan.

Dated: June 14, 2026
New York, New York

Respectfully submitted,

_____

Nicholas Sands, Pro Se Debtor
30 East 76th Street, Unit 7B
New York, NY 10021
T. 917-741-5000    E. sandsfineart@gmail.com

TO:

**Movant**
Michael L. Carey, Esq.
Robertson, Anschutz, Schneid, Crane and Partners, PLLC
Attorney for Secured Creditor
900 Merchants Concourse, Suite 310
Westbury, NY 11590

**Trustee**
Thomas C. Frost
Chapter 13 Standing Trustee
399 Knollwood Rd.
Suite 102
White Plains, NY 10603

**U.S. Trustee**
United States Trustee
Office of the United States Trustee – NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

**Chambers Copy**
John P. Mastando III
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408