# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## THOMAS C. FROST, ESQ.
### SOUTHERN DISTRICT OF NEW YORK

399 Knollwood Road, Suite 102, White Plains, NY 10603 (*for correspondence only*)

914.328.6333 • info@FrostSDNY13.com

June 17, 2026

Hon. John P. Mastando III
One Bowling Green
New York, NY 10004-1408

**Case No.:** **26-10099-JPM**
**In Re: NICHOLAS SANDS**

<u>**Status Letter re: the Trustee's Pending Motion to Dismiss (ECF No. 13)**</u>

Dear Judge Mastando:

Please accept this letter as a status update regarding the above-referenced case as requested to provide an update as to the Trustee's Motion to Dismiss. As of the date of this Status Letter, the Trustee intends to prosecute said Motion to Dismiss at the hearing scheduled for June 22, 2026 as none of the grounds set forth in the Motion have been satisfied.

The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on January 20, 2026. The clerk issued a Deficiency Notice on the same date setting forth the filing deficiencies including the required documents pursuant to 11 U.S.C. § 521(a)(1) that, if not filed, would subject the case to the automatic dismissal provisions. (ECF No. 2). As the case was filed on January 20, 2026, the 45 days to file said documents expired on or about March 6, 2026. *See* § 521(i).

On June 15, 2026, the Debtor filed a Motion to Extend Time to file Schedules, however, said Motion was filed well after the expiration of the 45 days (and after the 90 days set forth under §521(i)) and does not provide justification for extending the time period other than the Debtor is proceeding pro se. *See id.*

Based on the foregoing and for the reasons set forth in the Trustee's Motion to Dismiss, the deficiencies impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1) and constitute cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

Truly Yours,

Office of the Standing Chapter 13 Trustee, Thomas C. Frost

<u>/s/ Rebecca Richards</u>
By: Rebecca Richards, Esq.
Staff Attorney for Thomas C. Frost
Chapter 13 Trustee
399 Knollwood Road, Suite 102
White Plains, NY 10603
(914) 328-6333

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

IN RE:

| | |
|---|---|
| | Chapter 13 |
| | Case No. 26-10099-JPM |

NICHOLAS SANDS,

**CERTIFICATE OF SERVICE
BY MAIL**

                    Debtor.

-------------------------------------------------------------X

        This is to certify that I, Rebecca Richards, have this day served a true, accurate and correct copy of the within **Status Letter** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

NICHOLAS SANDS
30 EAST 76TH STREET
APT. 7B
NEW YORK, NY 10021

This June 17, 2026

/s/Rebecca Richards
Rebecca Richards, Esq., Staff Attorney
Office of the Standing Chapter 13 Trustee
Thomas C. Frost, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333